# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.H., BY AND THROUGH HER NEXT FRIEND, ALTHEA ABRON | CIVIL ACTION |
| VERSUS | NO. 19-16013-WBV-DMD |
| ARTHUR BARILLOUX, ET AL. | SECTION D(3) |

## ORDER

IT IS HEREBY ORDERED that the status conference currently set for November 8, 2019, at 2 p.m. is RESET for November 14, 2019, at 2 p.m.

New Orleans, Louisiana, this the 4th day of November, 2019.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**