## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| E.H., BY AND THROUGH HER NEXT FRIEND, ALTHEA ABRON<br>　　　　Plaintiffs, | *<br>*<br>*<br>* |
| VERSUS | *   CASE NO. 2:19-cv-10613-WBV-DMD<br>* |
| ARTHUR BARRILLOUX, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, BRETT CHATELAIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, MARY BETH CROVETTO, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, MELISSA MARTIN STILLEY, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, AND TANGIPAHOA PARISH SCHOOL SYSTEM SCHOOL BOARD<br>　　　　Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## **MOTION FOR PROTECTIVE ORDER**

**NOW INTO COURT,** through undersigned counsel, come Mary Beth Covetto and Melissa Martin Stilley, individually and in their official capacities, and Tangipahoa Parish School System/Tangipahoa Parish School Board who respectfully move for a protective order striking plaintiff's attempted discovery requests to movers. As is more fully set forth in the attached memorandum in support, there is good cause for such a protective order because: a.) in their pending Motion to Dismiss, Pursuant to *FRCP Rule 12(b)(6)*, for Failure to State a Claim Upon Which Relief Can be Granted (Doc. 14), movers have asserted, amongst other things, the defense of qualified immunity; and b.) movers currently have pending before this Honorable Court a Motion to Stay Discovery, et al. (Doc. 25) based on the applicable law that, until the threshold issue of qualified immunity is resolved, discovery is not allowed.

Respectfully submitted,

**MOODY LAW FIRM**

_/s/ Christopher Moody_____
Christopher Moody, LA Bar Roll No. 9594
Albert D. Giraud, LA Bar Roll No. 18911
1250 Southwest Railroad Ave., Suite 170
Hammond, Louisiana 70403
Telephone: (985) 542-1351
Telecopier: (985) 542-1354

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record, either electronically or by placing same in the U.S. Mail, postage prepaid, or by Electronic Notice.

Hammond, Louisiana, this 13th day of November, 2019.

__s/Christopher Moody_____
Christopher Moody