UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALTHEA ABRON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10613** |
| **ARTHUR BARRILLEAUX, ET AL.** | **SECTION "D" (3)** |

ORDER SETTING ORAL HEARING

**IT IS ORDERED** that the **Motion for Protective Order [Doc. #30]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, December 11, 2019 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 14th day of November, 2019.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**